UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| In the Matter of:<br>Port City Contracting Services, Inc | **JUDGMENT**<br><br>**CASE NO. 7:25-cv-00251-M-RJ** |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court lacks jurisdiction over this appeal. Therefore, the Notice of Appeal is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on June 20, 2025, and Copies To:**

| | |
|---|---|
| Robert Paul Sharpe | (via CM/ECF electronic notification) |
| Algernon L. Butler, Trustee, III | (via CM/ECF electronic notification) |
| Stephanie J. Butler | (via CM/ECF electronic notification) |
| DaVinci Aerospace, LLC | (via CM/ECF electronic notification) |
| Mark Eastham | (via CM/ECF electronic notification) |
| Daniel M. Shoaf | (via CM/ECF electronic notification) |
| Peter Spark | (via CM/ECF electronic notification) |
| The DaVinci Company, LLC | (via CM/ECF electronic notification) |
| Bankruptcy Administrator | (via CM/ECF electronic notification) |

DATE                                          **PETER A. MOORE, JR., CLERK**

June 20, 2025                         By:   /s/ Tyjuana Griffin

                                                              Deputy Clerk